JON P. NEUSTADTER (State Bar No. 172348)
JORDAN B. KEVILLE (State Bar No. 217868)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:     jkeville@health-law.com

Attorneys for KAISER FOUNDATION
HOSPITALS, INC. dba KAISER
FOUNDATION HOSPITAL – SANTA CLARA

*E-FILED - 8/15/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS, INC., a California Nonprofit Public Benefit Corporation d/b/a/ KAISER FOUNDATION HOSPITAL – SANTA CLARA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | CASE NO.  C 07-02421 RMW<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br>  *AND ORDER* |

TO THE HONORABLE RONALD M. WHYTE, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Kaiser Foundation Hospital – Santa Clara ("Plaintiff") and Defendant Michael O. Leavitt, Secretary for the United States Department of Health and Human Services, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 4, 2007, the Plaintiff filed and served Complaint in the above-referenced action seeking judicial review of an administrative decision concerning Medicare reimbursement;

WHEREAS, the Defendant filed and answer to Plaintiff's Complaint on August 10, 2007;

WHEREAS, there currently is a Case Management Conference in the case scheduled for

1  August 17, 2007;

2  WHEREAS, lead counsel for the Plaintiff will be on vacation and outside of the United

3  States on the date current set for the Scheduling Conference;

4  WHEREAS, Plaintiff believes that there is a strong likelihood that the dispute at issue in

5  the Complaint can be resolved through administrative means, without the need for additional

6  litigation; and

7  WHEREAS, the parties believe it is in their mutual best interests for Plaintiff to be given

8  time to fully explore the possible resolution of this matter through administrative means,

9  NOW, THEREFORE, the Parties hereby agree and stipulate, with the permission of the

10 Court, to the following:

11      1. The Case Management Conference presently set in this action for August 17,

12 2007 is taken off calendar, and

13      2. The Case Management Conference is re-set on a day selected by the Court in its

14 discretion, but not earlier than November 16, 2007.

15 DATED: August **10**, 2007       Respectfully submitted,
                                    JON P. NEUSTADTER
16                                  JORDAN B. KEVILLE
                                    HOOPER, LUNDY & BOOKMAN, INC.
17

18                                  By: __/s/_____
19                                       Jordan B. Keville
                                    Attorneys for KAISER FOUNDATION HOSPITALS,
20                                  INC. dba KAISER FOUNDATION HOSPITAL –
                                    SANTA CLARA
21

22 DATED: August **10**, 2007       GEORGE S. CARDONA
                                    Acting United States Attorney
23                                  LEON WEIDMAN
                                    Assistant United States Attorney
24                                  Chief, Civil Division

25

26                                  By: __/s/_____
                                         James Scharf
27                                  Assistant United States Attorney
                                    Attorneys for Michael O. Leavitt, Secretary for the
28                                  United States Department of Health and Human Services

1034623.1

2

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

DATED: August 15, 2007    The Case Management Conference is continued from August 17, 2007 to November 16, 2007 @ 10:30 a.m.

By: *Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1034623.1

3
JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE