JON P. NEUSTADTER (State Bar No. 172348)
JORDAN B. KEVILLE (State Bar No. 217868)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:     jkeville@health-law.com

***E-FILED - 7/16/08***

Attorneys for KAISER FOUNDATION
HOSPITALS, INC. dba KAISER
FOUNDATION HOSPITAL – SANTA CLARA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KAISER FOUNDATION HOSPITALS, INC., a California Nonprofit Public Benefit Corporation d/b/a/ KAISER FOUNDATION HOSPITAL – SANTA CLARA,<br><br>              Plaintiff,<br><br>     vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>              Defendant. | CASE NO.  C 07-02421 RMW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON** |

TO THE HONORABLE RONALD M. WHYTE, ALL PARTIES AND THEIR

ATTORNEYS OF RECORD:

Plaintiff Kaiser Foundation Hospital – Santa Clara ("Plaintiff") and Defendant Michael O.

Leavitt, Secretary for the United States Department of Health and Human Services, by and

through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 4, 2007, the Plaintiff filed and served Complaint in the above-

referenced action seeking judicial review of an administrative decision concerning Medicare

reimbursement;

WHEREAS, the Defendant filed and answer to Plaintiff's Complaint on August 10, 2007;

WHEREAS, there currently is a Case Management Conference in the case scheduled for

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL. (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  July 18, 2008;

2  WHEREAS, as previously represented to the Court, Plaintiff has been attempting to

3  resolve the dispute at issue in the Complaint through administrative means, without the need for

4  additional litigation; and

5  WHEREAS, the Plaintiff and its Medicare fiscal intermediary, an agent of the Defendant,

6  have agreed in principal to a means of administratively resolving the matter, but the plan for

7  administrative resolution has not been fully implemented yet; and

8  WHEREAS, if the administrative resolution is completed under the terms agreed upon by

9  the Plaintiff and the fiscal intermediary the Plaintiff will no longer need to pursue the present

10  action and will voluntarily dismiss the case; and

11  WHEREAS the parties believe it is in their mutual best interests, as well as in the interest

12  of judicial economy and efficiency, for Plaintiff to be given time to complete the administrative

13  resolution of the substantive issue underlying this action before any further litigation activity is

14  required;

15  NOW, THEREFORE, the Parties hereby agree and stipulate, with the permission of the

16  Court, to the following:

17  1. The Case Management Conference presently set in this action for July 18, 2008

18  is taken off calendar, and

19  2. The Case Management Conference is re-set on a day selected by the Court in its

20  discretion, but not earlier than September 18, 2008.

21  DATED: July 10, 2008          Respectfully submitted,
                                   JON P. NEUSTADTER
22                                 JORDAN B. KEVILLE
                                   HOOPER, LUNDY & BOOKMAN, INC.
23

24
                                   By:    /s/
25                                 _____
                                           Jordan B. Keville
26                                 Attorneys for KAISER FOUNDATION HOSPITALS,
                                   INC. dba KAISER FOUNDATION HOSPITAL –
                                   SANTA CLARA
27

28

1050211.1

1  DATED: July 10, 2008               GEORGE S. CARDONA
                                 Acting United States Attorney

2                                   LEON WEIDMAN
                                   Assistant United States Attorney

3                                   Chief, Civil Division

4

5                                 By: ___/s/_____
                                         James Scharf

6                                 Assistant United States Attorney

7                                 Attorneys for Michael O. Leavitt, Secretary for the
                                 United States Department of Health and Human Services

8                             [~~PROPOSED~~] ORDER

9           GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.  The Court hereby

10  DATED: July __16__, 2008    continues the Case Management Conference to 9/19/08 @

11                                                        10:30 a.m.

12                                         *Ronald M. Whyte*

13                            By:_____
                                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1050211.1